# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOSEPH RUBEN SANCHEZ,

    Petitioner,

vs.

E.K. McDANIEL, *et al.*,

    Respondents.

3:06-cv-00332-LRH-RAM

ORDER

Respondents have filed a motion for a second extension of time in which to file an answer/responsive pleading to the petition for a writ of habeas corpus. (Docket #32). Respondents seek a 45-day enlargement of time, up to and including September 22, 2008, to file an answer or other responsive pleading. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer or responsive pleading (Docket #32) is **GRANTED.** The answer/responsive pleading shall be filed on or before **September 22, 2008.**

DATED this 11th day of August, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE