# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH RUBEN SANCHEZ,

    Petitioner,

vs.

E.K. McDANIEL, *et al.*,

    Respondents.

3:06-cv-00332-LRH-RAM

**ORDER**

Petitioner, through counsel, has filed a motion for an extension of time in which to file a response to the pending motion to dismiss. (Docket #35). Petitioner seeks a 28-day enlargement of time, up to and including November 3, 2008, to file a response. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file a response (Docket #35) is **GRANTED.** The response shall be filed on or before **November 3, 2008.**

DATED this 6th day of October, 2008.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE