UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH RUBEN SANCHEZ, | |
|     Petitioner, | 3:06-cv-00332-LRH-RAM |
| vs. | ORDER |
| E.K. McDANIEL, *et al.*, | |
|     Respondents. | |

    Petitioner, through counsel, has filed a motion for a second extension of time in which to file a response to the pending motion to dismiss. (Docket #37). Petitioner seeks a 14-day enlargement of time, up to and including November 17, 2008, to file a response. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

    **IT IS THEREFORE ORDERED** that petitioner's motion for a second extension of time to file a response (Docket #37) is **GRANTED.** The response shall be filed on or before **November 17, 2008.**

    DATED this 3rd day of November, 2008.

                                                            LARRY R. HICKS
                                                            UNITED STATES DISTRICT JUDGE