1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8

9    JOSEPH RUBEN SANCHEZ,              )
                                        )
10             Petitioner,              )          3:06-cv-00332-LRH-RAM
                                        )
11   vs.                                )
                                        )          ORDER
12   E.K. McDANIEL, *et al.*,           )
                                        )
13             Respondents.            )
     _____/

14

15        Petitioner, through counsel, has filed a motion for a third extension of time in which to file a

16   response to the pending motion to dismiss.  (Docket #39).  Petitioner seeks a 4-day enlargement of

17   time, up to and including November 21, 2008, to file a response.  Having reviewed the motion and

18   good cause appearing, petitioner's motion is granted.

19        **IT IS THEREFORE ORDERED** that petitioner's motion for a third extension of time to

20   file a response (Docket #39) is **GRANTED.**  The response shall be filed on or before **November 21,**

21   **2008**.  No further extensions will be granted absent a showing of extraordinary circumstances.

22        DATED this 18th day of November, 2008.

23

24

25                                            _____
                                              LARRY R. HICKS
26                                            UNITED STATES DISTRICT JUDGE

27

28