AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

JOSEPH RUBEN SANCHEZ,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:06-cv-00332-LRH-RAM**

E.K. McDANIEL, et al.,

      Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss (#34) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE** as untimely. **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**


  June 19, 2009                              **LANCE S. WILSON**
                                                                                  Clerk

                                                                       /s/ D. R. Morgan
                                                                        Deputy Clerk